IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REGENCY ISLE OWNERS ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> WARREN HOPKINS and CALLI BEASLEY, <br><br> Defendants. | CASE NO. CV416-233 |

## ORDER

Before the Court is the parties' Joint Stipulation for Final Order of Dismissal With Prejudice. (Doc. 23.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 26th day of June 2017.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA